**No. 68039.**—Rosenel International Corp. and Reliance International Mfg. Co. *v.* United States, protests 62/11026 and 59/33036 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of plastic feeders and water fountains similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 15, 1963

**No. 68040.**—Williams & Rosenbaum, Inc. *v.* United States, protest 322630–K (Boston).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.